UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST et al., <br>                                   Plaintiff(s), <br> v. <br><br> LORN COATINGS LLC et al., <br>                                   Defendant(s). | CASE NO. MC24-00042-KKE <br><br> ORDER DENYING PLAINTIFFS' *EX PARTE* MOTION FOR ENTRY OF JUDGMENT BY CONFESSION AND DISMISSING CASE |

Pending before the Court is Plaintiffs' *ex parte* motion for entry of judgment by confession. Dkt. No. 1. On September 5, 2024, this Court issued an order to show cause directing Plaintiffs to provide a basis for this Court's jurisdiction and sufficient evidence that Plaintiffs' *ex parte* motion comported with due process. Dkt. No. 2. Plaintiffs responded on September 19, 2024, indicating that the basis for jurisdiction was that the motion for entry of judgment arose from a prior ERISA action litigated in this district before U.S. District Judge Tana Lin. Dkt. No. 4 at 3. As to due process, Plaintiffs contend that in the prior action proceeding before Judge Lin, Defendants were represented by counsel throughout the litigation and during the settlement process. *See Employee Painters' Trust et al. v. Lorn Coatings LLC et al.*, No. 2:23-cv-00022-TL (W.D. Wash.). In the prior action, the parties reached a settlement agreement and stipulated to dismiss. *Id.*, Dkt. No. 24. Judge Lin then issued an order dismissing the case without prejudice and "retain[ing] jurisdiction to enforce the terms of the Settlement agreement between the Plaintiffs and Defendants." *Id.*, Dkt.

ORDER DENYING PLAINTIFFS' EX PARTE MOTION FOR ENTRY OF JUDGMENT BY CONFESSION AND DISMISSING CASE - 1

No. 25.  In their response to this Court's order to show cause in the present case, Plaintiffs indicated a willingness to refile their motion in the prior action.  Dkt. No. 4 at 4.

Because Judge Lin retained jurisdiction to enforce the settlement agreement in the prior action, the motion to enforce is not appropriately brought as a separate miscellaneous case here. Accordingly, in light of the above, this Court DENIES without prejudice Plaintiffs' *ex parte* motion for entry of judgment by confession (Dkt. No. 1) and furthermore DISMISSES this case without prejudice.

The Court directs the clerk to close the case.

Dated this 24th day of September, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER DENYING PLAINTIFFS' EX PARTE MOTION FOR ENTRY OF JUDGMENT BY CONFESSION AND DISMISSING CASE - 2